CHARLES KETCHAM, Respondent, *v.* JAMES STEWART et al., Appellants.

*Ketcham* v. *Stewart*, 153 App. Div. 940, affirmed.
(Submitted February 4, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 30, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for damages to plaintiff's vessel occasioned by a collision alleged to have occurred through the negligence of defendants.

*A. H. Cowie* for appellants.

*Amasa J. Parker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.